ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
debra.pieruschka@unlv.edu
*Attorneys for Defendants the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas, and Norm Bedford*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUNE E. BROOME,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex. Rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS, a Political Subdivision of the State of Nevada; NORM BEDFORD, individually and in his official capacity as an employee of the University of Nevada, Las Vegas; DOE DEFENDANTS I through X inclusive; ROE DEFENDANTS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00759-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a), notice is hereby given that Plaintiff, JUNE E. BROOME, by and through her counsel of record, Telia U. Williams, and Defendants, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**" or "**University**"), and Norm Bedford ("**Bedford**") (collectively

"**University Defendants**") by and through counsel, Debra L. Piersuchka, Assistant General Counsel, University of Nevada, Las Vegas, hereby agree and stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** between the parties that Plaintiff's case, in its entirety, be voluntarily dismissed with prejudice.

DATED: 10/20/2015

*[signature: Telia U. Williams]*

TELIA U. WILLIAMS, ESQ.
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Ste. 150
Las Vegas, NV 89145
*Attorneys for Plaintiff*

DATED: 11-13-2015

*[signature: Debra L. Pieruschka]*

ELDA LUNA SIDHU
General Counsel
DEBRA L. PIERUSCHKA
Assistant General Counsel
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: November 13, 2015

*[signature]*

DISTRICT COURT JUDGE